IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON AARON BURKETT, | § | |
| TDCJ #1201349, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-0266 |
| | § | |
| RICK THALER, Director, | § | |
| Texas Department of Criminal Justice - | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set out in the court's Memorandum and Order of even date, this case is dismissed with prejudice. This is a final judgment.

SIGNED on August 16, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge